

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR1283-H |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 26, U.S.C., Sec. 5861(d) and 5871 - Possession of an Unregistered Machinegun (Felony); Title 26, U.S.C., Sec. 5872 - Criminal Forfeiture |
| RICK WILLIAMS, ) | |
| Defendant. ) | |

The United States Attorney charges:

Count 1

On or about February 18, 2008, within the Southern District of California, defendant RICK WILLIAMS, did possess an unregistered machinegun, to wit: an AK-47 type, 7.62x39mm, machinegun, bearing serial number GV4112, which had not been registered or transferred in the National Firearms Registration and Transfer Record; in violation of Title 26, United States Code, Sections 5861(d) and 5871.

FORFEITURE ALLEGATION

Upon conviction of the felony offense alleged in Count 1 of this Information, defendant RICK WILLIAMS shall forfeit to the United States, pursuant to Title 26, United States Code, Sections 5861(d), 5871, and 5872, all of his right, title and interest in all

WDK:pcf
4/8/08

firearms involved in the commission of the offense, including, but not limited to, the following:

    a. one AK-47 type 7.62x39mm machinegun, serial number S-AP1744;

    b. one Sten type 7.62x25mm machinegun;

    c. one Leader Dynamics Model T2 MK5 5.56mm rifle, serial number 001914;

    d. one Turkish Mauser 8mm bolt-action rifle, serial number 194518;

    e. one Japanese Arisaka bolt-action rifle, serial number 82786;

    f. one Russian model 1891 bolt-action rifle, serial number SK7485;

    g. one Enfield model No. Mk(2)F .303 caliber, bolt-action rifle, serial number PF369110;

    h. one Ruger model Super Blackhawk .44 caliber revolver, serial number 84-10236;

    i. one Czechoslovakian model CA-52 7.62 Tokarev caliber pistol, serial number LB5896.

All pursuant to Title 26, United States Code, Section 5872.

DATED: 4/24/08

KAREN P. HEWITT
UNITED STATES ATTORNEY

For DOUGLAS KEEHN
Assistant U.S. Attorney