AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

FILED
APR 2 4 2008

___SOUTHERN___ DISTRICT OF ___CALIFORNIA___

UNITED STATES OF AMERICA
V.

**WAIVER OF INDICTMENT**

Rick Williams

CASE NUMBER: 08CR1283-H

I, ___Rick Williams___, the above named defendant, who is accused of

Title 26, USC, §5861(d) and 5871 - Possession of an Unregistered Machine Gun (felony); Title 26, USC, §5872 Criminal Forfeiture

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___04/24/08___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judge

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd